**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joseph A. Fabrizio Sr.    CHAPTER 13
　　　　　　　Debtor(s)

BKY. NO. 23-13592 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of DLJ Mortgage Capital, Inc. and index same on the master mailing list.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　/s/ **Mark A. Cronin**
　　　　　　　　　Mark Cronin
　　　　　　　　　01 Dec 2023, 13:50:54, EST

　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　(215) 627-1322