UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

| Joseph Fabrizio Sr. | ) | Chapter 13 |
|---|---|---|
| | ) | |
| | ) | 23-13592 MDC |

**O R D E R**

**AND NOW**, this 11th day of December, 2023, it is hereby;

**ORDERED**, that upon Debtor's Motion for Extension of Time to File Schedules, Statements and Chapter 13 Plan, debtor shall have until January 11, 2024, within which time debtor shall file Schedules and Chapter 13 Plan within the U.S. Bankruptcy Court for the Eastern District of Pennsylvania.

_____
**MAGDELINE D. COLEMAN**
**UNITED STATES BANKRUPTCY JUDGE**