Fabrizio Construction

| GROSS BUSINESS INCOME | MAY | JUNE | JULY | AUG | SEP | OCT | TOTALS |
|---|---|---|---|---|---|---|---|
|  | - | 15,040.68 | - | 40,350.00 |  |  | 55,390.68 |

| BUSINESS EXPENSES | MAY | JUNE | JULY | AUG | SEP | OCT | TOTALS |
|---|---|---|---|---|---|---|---|
| ALLSTATE - VEHICLE INS | $392.00 | $392.00 | $392.00 | $454.85 | $454.84 | $454.84 | $2,540.53 |
| ALLSTATE - DUMP TRUCK INS | $144.83 | $144.83 | $144.83 | $144.83 | $144.83 | $144.83 | $868.98 |
| UTICA - BUSINESS INS |  | $263.00 |  |  |  |  | $263.00 |
| VEHICLE REGISTRATIONS |  |  |  |  | $129.00 |  | $129.00 |
| OFFICE EXPENSES | $16.97 | $16.97 | $16.97 | $16.97 | $237.40 | $39.06 | $344.34 |
| TOOLS/STOCK PURCHASES |  | $1,955.98 | $980.59 |  | $44.77 | $8.47 | $2,989.81 |
| REPARS & MAINTENANCE |  | $1,219.93 | $1,565.34 |  | $281.90 |  | $3,067.17 |
| FUEL |  | $207.69 | $380.96 | $231.81 | $416.77 | $446.04 | $1,683.27 |
| ENTERTAINMENT |  | $126.24 |  |  |  |  | $126.24 |
| WORK MEALS |  |  |  | $93.86 |  | $491.73 | $585.59 |
| WORK CLOTHING |  |  | $179.95 |  |  | $142.80 | $322.75 |
|  | $553.80 | $4,326.64 | $3,660.64 | $942.32 | $1,709.51 | $1,727.77 | $12,920.68 |

| NET BUSINESS INCOME | MAY | JUNE | JULY | AUG | SEP | OCT | TOTALS |
|---|---|---|---|---|---|---|---|
|  | ($553.80) | $10,714.04 | ($3,660.64) | $39,407.68 | ($1,709.51) | ($1,727.77) | $42,470.00 |