UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Joseph A. Fabrizio, Sr.  :
       (Debtor)  :  Docket No. 23-13592-mdc
         :  Chapter 13

Notice of Appearance and Request for Notice

TO THE CLERK:

    Kindly enter my appearance on behalf of the Estate of Mary Ann Fabrizio in the above captioned matter. In accordance with Rules 2002, 9007, 9010, 9013 and 9014 and the Bankruptcy Code, I request that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon me at the following:

    Geri H. Gallagher, Esquire
    P. O. Box 64
    Fairview Village, PA 19409
    ghgbkcy@verizon.net


        S/ Geri H. Gallagher
    Geri H. Gallagher, Esquire
    Counsel for the Estate of Mary Ann Fabrizio
    P. O. Box 64
    Fairview Village, PA 19409-0064
    610-635-0134
    ghglaw@verizon.net

CERTIFICATE OF SERVICE

      I certify that on February 1, 2023, I electronically filed the foregoing with the Court.  A true and correct copy will be served upon the Debtor via United States Mail at his address of record.  The following parties, at a minimum, will be served via electronic mail:

    Albert J. Scarafone, Jr., Esquire
    Kenneth E. West, Office of Chapter 13 Trustee
    United Sates Trustee

                          S/ Geri H. Gallagher
                         Geri H. Gallagher, Esquire
                         Counsel for the Estate of Mary Ann Fabrizio
                         P. O. Box 64
                         Fairview Village, PA 19409-0064
                         610-635-0134
                         ghglaw@verizon.net