## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

|  |  |  |  |
|---|---|---|---|
| | Joseph Fabrizio, Sr. | : | No. 23-13592 MDC |
| | | : | |
| | | : | |
| | Debtor | : | |
| | | : | Chapter 13 |

### CERTIFICATION OF NO PAYMENT ADVICES
### pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

   I, <u>Joseph Fabrizio, Sr.</u>, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

  \_\_\_\_ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

  \_\_\_\_ I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

  \_\_X\_\_ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.  I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

  \_\_\_\_ I did not receive payment advices due to factors other than those listed above. (Please explain)

  I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Dated: February 29, 2024     <u>/s/ Joseph Fabrizio, Sr.</u>
           Debtor