UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

|   |   |
|---|---|
| In re: Joseph A. Fabrizio, Sr. : | |
| (Debtor) : | Docket No. 23-13592-mdc |
| : | Chapter 13 |
| : | |

PRAECIPE TO WITHDRAW PROOF OF CLAIM NUMBER 4

TO THE CLERK:

Kindly withdraw Proof of Claim Number 4 filed on February 1, 2024 by the Estate of Mary Ann Fabrizio in the above matter.

    S/ Geri H. Gallagher
Geri H. Gallagher, Esquire
Counsel for the Estate of Mary Ann Fabrizio
P. O. Box 64
Fairview Village, PA 19409-0064
610-635-0134
ghglaw@verizon.net

## CERTIFICATE OF SERVICE

    I certify that on March 14, 2024, I electronically filed the foregoing with the Court. The following parties, at a minimum, will be served via electronic mail:

    Albert J. Scarafone, Jr., Esquire
    Kenneth E. West, Office of Chapter 13 Trustee
    United Sates Trustee

                              S/ Geri H. Gallagher
                              Geri H. Gallagher, Esquire
                              Counsel for the Estate of Mary Ann Fabrizio
                              P. O. Box 64
                              Fairview Village, PA 19409-0064
                              610-635-0134
                              ghglaw@verizon.net