United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 23-13592-mdc

Joseph A Fabrizio, Sr. Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Mar 28, 2024 Form ID: pdf900 Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Joseph A Fabrizio, Sr., 3968 Ridge Pike, Collegeville, PA 19426-3124 |
| cr | + | COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENU, Office of Attorney General, c/o Brad G. Kubisiak, The Phoenix Building, 1600 Arch Street, Suite 300 Philadelphia, PA 19103-2016 |
| 14836487 | + | Commonwealth of Pennsylvania, Office of Attorney General, c/o Brad G. Kubisiak, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14835850 | + | DLJ Mortgage Capital, Inc., C/O Mark A. Cronin, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14851439 | | Estate of Mary Ann Fabrizio, c/o Geri H. Gallagher, Esquire, P. O. Box 64, Fairview Village, PA 19409-0064 |
| 14834175 | | H&K Group Inc, 2052 Lucon Road, Skippack, PA 19474 |
| 14834178 | | Linebarger Goggan Blair, P.O. Box 90128, Harrisburg, PA 17109-0128 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 29 2024 00:19:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 29 2024 00:18:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14834170 | + | Email/PDF: bncnotices@becket-lee.com | Mar 29 2024 00:20:10 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14834171 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2024 00:19:49 | Capital One, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 14851469 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 29 2024 00:19:00 | DLJ Mortgage Capital, Inc., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14834173 | | Email/Text: mrdiscen@discover.com | Mar 29 2024 00:18:00 | Discover, PO Box 70176, Philadelphia, PA 19176-0176 |
| 14848837 | | Email/Text: mrdiscen@discover.com | Mar 29 2024 00:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14834176 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 29 2024 00:19:00 | Internal Revenue Service, Attn: Special Procedures, P.O. Box 12051, Philadelphia, PA 19105 |
| 14834177 | ^ | MEBN | Mar 29 2024 00:15:02 | KML Law Group, P.C., Suite 5000 BNY Mellon Independ, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14834179 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 29 2024 00:19:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14834180 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 29 2024 00:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 28, 2024 | Form ID: pdf900 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| 14834181 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 29 2024 00:19:00 | Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14834182 | | Email/Text: bkteam@selenefinance.com | Mar 29 2024 00:19:00 | Selene, P.O. Box 8619, Philadelphia, PA 19101-8619 |
| 14834183 | ^ | MEBN | Mar 29 2024 00:15:13 | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14839303 | + | Email/Text: RASEBN@raslg.com | Mar 29 2024 00:18:00 | U.S. Bank Trust National Association, c/o Michelle L. McGowan, Esq, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14834184 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 29 2024 00:19:00 | U.S. Bank Trust National Association, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 14834185 | + | Email/Text: bkteam@selenefinance.com | Mar 29 2024 00:19:00 | U.S. Bank Trust National Association, 3501 Olympus Boulevard, Suite 500, Coppell, TX 75019-6295 |
| 14850337 | + | Email/Text: bkteam@selenefinance.com | Mar 29 2024 00:19:00 | U.S. Bank Trust National Association, not in its i, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14834174 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 29 2024 00:19:00 | Elan Financial Services, CB Disputes, PO Box 108, St. Louis, MO 63166-0108 |
| 14834172 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 29 2024 00:19:00 | Cardmember Service, P.O. Box 790408, Saint Louis, MO 63179-0408 |
| 14834186 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 29 2024 00:19:00 | United States of America, c/o U.S. Attorney's Office, 615 Chesnut Street, Suite 1250, Philadelphia, PA 19106-4490 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | Estate of Mary Ann Fabrizio, c/o Geri H. Gallagher, Esquire, P. O. Box 64, Fairview Village, PA 19409-0064 |
| 14835659 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2024             Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2024 at the address(es) listed**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 28, 2024 | Form ID: pdf900 | Total Noticed: 28 |

below:

| Name | Email Address |
|---|---|
| ALBERT J. SCARAFONE, JR. | on behalf of Debtor Joseph A Fabrizio  Sr. scarafone@comcast.net, ascarafone@gmail.com;r39418@notify.bestcase.com |
| BRAD KUBISIAK | on behalf of Creditor COMMONWEALTH OF PENNSYLVANIA  DEPARTMENT OF REVENUE bkubisiak@attorneygeneral.gov |
| DENISE ELIZABETH CARLON | on behalf of Creditor DLJ Mortgage Capital  Inc. bkgroup@kmllawgroup.com |
| GERI H. GALLAGHER | on behalf of Creditor Estate of Mary Ann Fabrizio ghgbkcy@verizon.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Joseph A Fabrizio, Sr.<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 23-13592-MDC |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

DATE: March 28, 2024

_____
Honorable Magdeline D. Coleman
Bankruptcy Judge